IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 cv 178

| | | |
|---|---|---|
| DEERBORNE COTTAGES, L.L.C., a North Carolina Limited Liability Corporation; MICHAEL ROBINSON; CLARENCE F. McLEAN, and SCOVILLE ROBERTS, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| FIRST BANK, Successor to The BANK OF ASHEVILLE; the FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC as Receiver for The Bank of Asheville); WESTSTAR FINANCIAL SERVICES CORPORATION; G. GORDON GREENWOOD; and RAYNIA J. WHITE | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court upon a motion entitled "Defendant Federal Deposit Insurance Corporation's Unopposed Motion to Join First Bank's Motion to Dismiss Pursuant to 12 U.S.C. § 1823(e)" (#26). It appears from the motion that good cause has been shown for the granting of said motion, Plaintiffs' counsel has been consulted and Plaintiffs' counsel does not oppose the relief requested in the motion. The motion will be allowed.

# ORDER

**IT IS, THEREFORE, ORDERED** that the motion entitled "Defendant Federal Deposit Insurance Corporation's Unopposed Motion to Join First Bank's Motion to Dismiss Pursuant to 12 U.S.C. § 1823(e)" (#26) is hereby **ALLOWED** and the Federal Deposit Insurance Corporation, Defendant herein, as receiver for The Bank of Asheville is allowed to join the Motion To Dismiss previously filed by Defendant First Bank, Successor to The Bank of Asheville.

Signed: October 3, 2011

Dennis L. Howell
United States Magistrate Judge