THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00178-MR-DLH

| | |
|---|---|
| **DEERBORNE COTTAGES, LLC,** et al., ) ) ) Plaintiffs, ) ) vs. ) ) ) **FIRST BANK,** et al., ) ) ) Defendants. ) _____ ) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the Joint Motion to Remand filed by the Defendants Raynia J. White and G. Gordon Greenwood. [Doc. 54]. The Plaintiffs do not oppose the Defendants' Motion.

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendants' Joint Motion to Remand [Doc. 54] is **GRANTED**, and this action is hereby **REMANDED** to the Buncombe County General Court of Justice, Superior Court Division.

The Clerk of Court is respectfully directed to provide a certified copy of this Order to the Buncombe County Superior Court Clerk.

**IT IS SO ORDERED.**

Signed: February 20, 2013

Martin Reidinger
United States District Judge